806

to the Court of Appeals of New York, and motion for leave to proceed further *in forma pauperis*, denied. *Louis Mainieri, pro se.*

No. 888. New York ex rel. Smith *v.* Hunt, Warden. February 16, 1942. Petition for writ of certiorari to the Court of Appeals of New York, and motion for leave to proceed further *in forma pauperis*, denied. *Stanley Smith, pro se.*

No. 862. Pennsylvania Water & Power Co. *v.* Federal Power Commission. February 16, 1942. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. Mr. Justice Frankfurter took no part in the consideration or decision of this application. *Messrs. Walter C. Clephane, Charles Markell,* and *Arthur H. Clephane* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Melvin H. Siegel, Richard J. Connor,* and *Wallace H. Walker* for respondent.

No. 821. Aiken et al. *v.* Insull et al.;

No. 822. DeMet's, Incorporated, et al. *v.* Insull et al.;

No. 823. Insull et al. *v.* Aiken et al.;

No. 824. Insull et al. *v.* DeMet's, Incorporated; and

No. 827. Field *v.* DeMet's, Incorporated. February 16, 1942. Petitions for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Edmund D. Adcock, Lewis F. Jacobson, George F. Callaghan,* and *Albert W. Froehde* for petitioners in Nos. 821 and 822, and respondents in Nos. 823, 824, and 827. *Messrs. Conrad H. Poppenhusen, Edward R. Johnston,*

*Floyd E. Thompson, Edward J. Farrell,* and *John J. Healy* for Samuel Insull, Jr. et al., respondents in Nos. 821 and 822, and petitioners in Nos. 823 and 824; and *Messrs. Donald F. McPherson, Kenneth F. Burgess,* and *James F. Oates, Jr.,* for Stanley Field, petitioner in No. 827 and respondent in No. 822.

No. 834. Dow *v.* Ickes, Secretary of the Interior, et al. February 16, 1942. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. William G. Symmers* for petitioner. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Mr. Archibald Cox* for respondents.

No. 853. Shick *v.* Goodman, Trustee. February 16, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Edwin C. Emhardt* for petitioner. *Mr. Charles H. Weidner* for respondent.

No. 861. United Services Automobile Association *v.* Harman et al. February 16, 1942. Petition for writ of certiorari to the Court of Civil Appeals, 4th Supreme Judicial District, of Texas, denied. *Mr. Henry I. Quinn* for petitioner. *Messrs. Max Sokol, Samuel S. Smalkin,* and *George Clark* for respondents.

No. 867. Herzog et al., Co-Partners, Trading as Columbia Pickle Works, *v.* Dorman, Trustee. February 16, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr.*